**Marquis Aurbach Coffing**
Terry A. Moore, Esq.
Nevada Bar No. 7831
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tmoore@maclaw.com
  Attorneys for Defendant,
  Pinnacle Property Management Services, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN LOPEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC,<br><br>                    Defendant. | Case Number: 2:20-cv-01007-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Karen Lopez ("Plaintiff"), by and through her attorneys of record, Kind Law, and Defendant Pinnacle Property Management Services, LLC ("Defendant"), by and through its attorneys, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint [ECF No. 1] on June 5, 2020.

2. Defendant was served June 11, 2020, making its response to the Complaint due July 1, 2020.

3. The parties stipulate and agree to extend Defendant's deadline to answer or otherwise respond to the Complaint by thirty (30) days, up to and including July 31, 2020.

4. The purpose of this extension is to allow Defendant and its counsel to tender defense and indemnification demands to the collection company involved with this matter, to evaluate potential liability of that collection company for Plaintiff's claims, and to allow Defendant's counsel sufficient time to investigate the facts surrounding the claims and

defenses in this case. Further, the extension will conserve the Court's and the parties' resources.

5. This is the first request for an extension of Defendant's deadline to answer or otherwise respond to the Complaint, and the extension is not being sought for improper purposes or to delay.

6. Therefore, in view of the foregoing, the parties respectfully request the Court to allow Defendant's time to respond to the Complaint to be extended by thirty (30) days, up to and including July 31, 2020.

Dated this __1st__ day of July, 2020.

| MARQUIS AURBACH COFFING | KIND LAW |
|---|---|
| By: __/s/Terry A. Moore__<br>Terry A. Moore, Esq.<br>Nevada Bar No. 7831<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>tmoore@maclaw.com<br>*Attorneys for Defendant Pinnacle Property Management Services, LLC* | By: __/s/ Michael Kind__<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, #106<br>Las Vegas, Nevada 89123<br>Telephone: (702-337-2322<br>Facsimile: (702) 329-5881<br>mk@kindlaw.com<br>*Attorneys for Plaintiff, Karen Lopez* |

**ORDER**

IT IS SO ORDERED, this 1st day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE