Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Karen Lopez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Karen Lopez,<br><br>               Plaintiff,<br>v.<br><br>Pinnacle Property Management Services, LLC,<br><br>               Defendant. | Case No.: 2:20-cv-01007-RFB-VCF<br><br>**Stipulation to extend time for Plaintiff to respond to motion to dismiss and motion to stay discovery [ECF Nos. 10, 12]**<br><br>**(First request)** |

Karen Lopez ("Plaintiff") and Pinnacle Property Management Services, LLC ("Defendant" and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss and motion to stay discovery [ECF Nos. 10, 12]. Plaintiff's complaint was filed on June 5, 2020. Defendant filed its motions on August 14, 2020.

In good faith and not for the purposes of delay, Plaintiff requested an extension and the parties in good faith stipulate to allow additional time for Plaintiff to respond to the motion. This is the first request for an extension of this deadline.

---

STIPULATION — 1 —

The parties therefore stipulate that Plaintiff's response to Defendant's motion to dismiss shall be due on or before **September 11, 2020**.

DATED: August 28, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Karen Lopez*

**MARQUIS AURBACH COFFING**

/s/ Terry Moore
Terry Moore, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Pinnacle Property Management Services, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of August, 2020.

STIPULATION — 2 —